614

*Stanton A. Berkowitz,* for appellant.

*Joseph D. Grano* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:

Order affirmed. See *McMann v. Richardson,* 397 U.S. 759, 774, 25 L. Ed. 2d 763 (1970); *Commonwealth v. Ward,* 442 Pa. 351, 275 A. 2d 92 (1971); *Commonwealth v. Marsh,* 440 Pa. 590, 271 A. 2d 481 (1970).

Mr. Justice COHEN took no part in the decision of this case.

## Commonwealth *v.* Reid, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Michael L. Levy* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant.

*David R. Scott* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:
Judgment affirmed.

Mr. Justice COHEN took no part in the decision of this case.

## Commonwealth *v.* Harley, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Morton B. Weinstein,* for appellant.

*Esther R. Sylvester* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:
Judgment affirmed.

Mr. Justice COHEN took no part in the decision of this case.